UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Charles M. Forman, Esq.
cforman@formanlaw.com

| | |
|---|---|
| In Re:<br><br>ONE EARTH PLANNING DEVELOPMENT, LLC,<br><br>Debtor. | Chapter:  7<br><br>Case No.:  24-12998 (MEH)<br><br>Judge:  Hon. Mark E. Hall |
| CHARLES M. FORMAN, as the Chapter 7 Trustee for One Earth Planning Development, LLC,<br><br>Plaintiff,<br>v.<br><br>WILLIAM BARISH ADVISORY SERVICES,<br><br>Defendant. | Adv. Pro. No.: 26- |

## <u>COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE</u>

Charles M. Forman, the Plaintiff and Chapter 7 trustee for the estate of One Earth Planning Development, LLC ("Plaintiff" or "Trustee"), by and through his attorneys, Forman Holt, by way of complaint against William Barish Advisory Services ("Defendant"), respectfully represents and sets forth as follows:

## <u>PROCEDURAL BACKGROUND</u>

1. On March 22, 2024 ("Petition Date"), One Earth Planning Development, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code").

F0174599 - 1

2.  On March 23, 2024, Plaintiff was appointed Chapter 7 trustee for the Debtor's estate, duly qualified and is acting in that capacity.

## JURISDICTION

3.  This adversary proceeding is brought under Case No. 22-10180 (SLM) now pending before this court.

4.  This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334 and Federal Rules of Bankruptcy Procedure 7001(1).

5.  This adversary proceeding is a cause of action related to the Debtor's Chapter 7 case brought pursuant to Bankruptcy Code §§ 541 and 542.

6.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (E).

7.  Venue is proper under 28 U.S.C. §1409(a).

## PARTIES

8.  The Debtor is a corporation having its principal place of business at 211 Goat Hill Road, Lambertville, New Jersey 08530.

9.  The Debtor was in the business of construction management.

10.  Upon information and belief, the Defendant resides at 29 Emmons Drive, Princeton, New Jersey 08540.

## COUNT I

11.  The Trustee repeats each allegation set forth in this complaint as if it were fully set forth at length herein.

12.  From 2019 through 2023, the Debtor performed services for the Defendant in a total amount of $69,190.00 for which the Debtor has not been paid.

4936-5463-5416, v. 1

WHEREFORE, the Trustee seeks judgment against the Defendant for turnover of property of the estate in the amount of $69,190.00, together with interest, costs of suit and for such further relief as the court may allow.

### COUNT II

13. The Trustee repeats each allegation set forth in this complaint as if it were fully set forth at length herein.

14. The Defendant was unjustly enriched in the amount of $69,190 for services performed by the Debtor for which the Debtor was not paid.

15. Defendants received such benefits based upon Defendant's promise to pay for same.

16. Despite demand, Defendant has failed to pay Debtor.

17. It would be unjust to allow Defendant to receive such benefits without compensating the Debtor.

WHEREFORE, Plaintiff demands judgment against the Defendant for damages in the amount of $69,190.00, together with interest, costs of suit and for such further relief as the Court may allow.

FORMAN HOLT
Attorneys for Plaintiff

By: _/s/_ _____

Dated: March 18, 2026                Charles M. Forman

4936-5463-5416, v. 1