UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Charles M. Forman, Esq.
cforman@formanlaw.com

| | |
|---|---|
| In Re:<br><br>ONE EARTH PLANNING DEVELOPMENT, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 24-12998 (MEH)<br><br>Judge: Honorable Mark E. Hall |
| CHARLES M. FORMAN, as the Chapter 7 Trustee for One Earth Planning Development, LLC,<br><br>Plaintiff,<br>v.<br><br>WILLIAM BARISH ADVISORY SERVICES,<br><br>Defendant. | Adv. Pro. No. 26- |

### CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1.      I am the duly qualified and acting trustee.

2.      I filed the Complaint in the above-captioned matter without paying the required fee.

3.      I agree, in my capacity as trustee, to pay the required filing fee.

4.      I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Charles M. Forman*                          Charles M. Forman                    
Trustee (Signature)                              Typed Name of Trustee

Dated: March 19, 2026

F0252621 - 1
4931-5410-7289, v. 1