# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY



**In the matter of:**

**Debtor**

**Plaintiff(s)**　　**Case No.** _____

**v.**

**Adversary No.** _____

**Defendant(s)**·················>i X[ Y.···············SSSSSSSSSSSSSSSSSS

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address
of Plaintiff's Attorney

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address

Courtroom

_____

Date and Time

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Jeanne A Naughton, Clerk

""""""Date: _____　""""""""""""""""""""""""""""""""Dy: _____

　　""""""Deputy Clerk

**Pwtuwcpv'vq'D.N.J. LBR 9019-2.'O gf lcvkqp<'Rtqegf wtgu'vj gtg'la't'h tguwo r vkqp'qHb gf lcvkqp'kp'cn'cf xgtuct{ rtqeggf lpi u0Hqt'b qtg'kphqto cvkqp'tgi ctf lpi 'vj g'b gf lcvkqp'Rtqi tco 'bgg'vj g'tgncvgf 'NqecriTwngu'cpf 'hqto u'' qp'vj g'Eqwtv)u'y gd'uksg.'þld0wueqwtvwfl qx1o gf lcvkqp0"""""""""""""""**
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""*tgx(316(39"*